■ PAULINE WASSERMAN, Individually and as Executrix of HYMAN WASSERMAN, Deceased, Respondent, v DAVID M. GRAY, Appellant. [715 NYS2d 176] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Fisher, J. (Appeal from Judgment of Supreme Court, Monroe County, Fisher, J.—Accounting.) Present—Pigott, Jr., P. J., Green, Hayes, Kehoe and Lawton, JJ.

■ DANIEL KARRASCH et al., Individually and as Parents and Natural Guardians of JAMES P. KARRASCH, an Infant, Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 94557.) [715 NYS2d 176] —Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, Lane, J. (Appeal from Judgment of Court of Claims, Lane, J.—Negligence.) Present—Pigott, Jr., P. J., Green, Hayes, Kehoe and Lawton, JJ.